Case 8:21-cv-02032-DOC-ADS   Document 10   Filed 12/13/21   Page 1 of 1   Page ID #:54

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Edward Chen (SBN 312553) Law Offices of Edward C. Chen 1 Park Plaza, Suite 600 Irvine, CA 92614 echen@edchenlaw.com (949) 287-4278 | | |
| ATTORNEY(S) FOR: Plaintiff | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Edward Chen | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:21-cv-02032-DOC-ADS |
| v. | |
| YK Law LLP, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       Plaintiff Edward Chen
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Edward Chen | Plaintiff |
| Defendant YK Law LLP | Defendant |
| Defendant Jesse Jules Weiner | Defendant |
| Defendant Yongyuan Li | Defendant |
| Defendant Xiangrong Mei | Defendant |
| Yingke Law Firm (People's Republic of China) | Affiliated Law Firm |

| December 13, 2021 | /s/ Edward Chen |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Edward Chen

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES