**YK LAW, LLP**
Vahe Khojayan (SBN261996)
vkhojayan@yklaw.us
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Telephone:   (213) 401-0970
Facsimile:    (213) 529-3044

Attorneys for Defendant
YK Law, LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EDWARD CHEN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>YK LAW LLP, a New York limited liability partnership; YONGYUAN LI, a/k/a/ HENRY LI; JESSE JULES WEINER; XIANGRONG MEI; YANG LIN a/k/a/ LINDA YANG; CHAN TANG a/k/a LINDA TANG; SCOTT KALIKO; YEN MING LIAO a/k/a/ IAN LIAO; JIANNAN ZHANG; JULIAN HAFFNER; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 8:21-cv-02032-DOC-(ADSx)<br><br>**PROPOSED ORDER**<br><br>Date: 09/26/2022<br>Time: 8:30AM<br>Location: Courtroom 10A<br><br>Hon. David O. Carter<br><br>Action filed:   12/09/2021<br>Trial Date:     None Set |

1

**[PROPOSED] ORDER**

The Motion to Compel Arbitration by Defendant YK LAW, LLP came on for hearing before this Court on September 26, 2022 at 8:30AM. The Court, having read and considered the moving, opposition and reply papers filed in this matter, as well as the oral argument, being fully advised and good cause appearing ORDERS as follows:

1, Defendants' motion to compel arbitration is granted.

2. This action is dismissed against YK Law, LLP

3. For whatever relief as is ordered by this Court as follows:

_____

_____

_____

IT IS SO ORDERED.

Dated:

_____

Hon. David O. Carter

United States District Court Judge