Edward Chen (SBN 312553)
edward.chen@edchenlaw.com
Law Offices of Edward Chen
17800 Castleton St. Ste 338
City of Industry, CA 91748
Tel: (949) 241-7097

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Edward Chen,

Plaintiff(s),

v.

YK Law LLP, et al.,

Defendant(s).

CASE NUMBER

8:21-cv-02032-DOC (ADSx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) YK Law LLP _____ is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Edward Chen _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

September 20, 2022                   /s/ Edward Chen
        *Date*                       *Signature of Attorney/Party*

*NOTE:  F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)