**YK LAW, LLP**
Vahe Khojayan (SBN261996)
vkhojayan@yklaw.us
445 S. Figueroa Street, Ste 2280
Los Angeles, CA 90071
Telephone:  (213) 401-0970
Facsimile:   (213) 529-3044

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EDWARD CHEN,<br><br>             Plaintiff,<br><br>    v.<br><br>YK LAW LLP, a New York limited liability partnership; YONGYUAN LI, a/k/a/ HENRY LI; JESSE JULES WEINER; XIANGRONG MEI; YANG LIN a/k/a LINDA YANG; CHAN TANG a/k/a/ LINDA TANG; SCOTT KALIKO; YEN MING LIAO a/k/a/ IAN LIAO; JIANNAN ZHANG; JULIAN HAFFNER; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 8:21-cv-02032-DOC-(ADSx)<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: JURISDICTION**<br><br>Hon. David O. Carter<br>Action filed:   12/09/2021 |

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: JURISDICTION**

Defendants Yongyuan Li aka Henry Li, Jesse Jules Weiner. Chan Tang aka Linda Tang, Scott Kaliko, Yen Ming Liao aka Ian Liao, Jiannan Zhang, and Julian Haffner ("Defendants") hereby respond to the Court's order to show cause re: why this case should not be dismissed for lack of subject matter jurisdiction.

Defendants agree with Plaintiff's position that complete diversity existed at the time of filing of the initial complaint. However, since the filing of first amended complaint defeated the diversity jurisdiction since Plaintiff, a California resident added another California resident Yen Ming Liao aka Ian Liao as a defendant. *See Lewis v. Lewis* (9th Cir. 1966) 358 F2d 495, 501] *Lewis v. Lewis*, supra, 358 F2d at 502; *Casas Office Machines, Inc. v. Mita Copystar America, Inc.* (1st Cir. 1994) 42 F3d 668, 673-674; *Ingram v. CSX Transp., Inc.* (11th Cir. 1998) 146 F3d 858, 861. Therefore, at this time, after the filing of the amended complaint, there is no diversity jurisdiction in this case.

Dated:  September 27, 2022            YK LAW, LLP

                                      /s/ Vahe Khojayan
                                         Vahe Khojayan

                                      *Attorneys for Defendants*

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: JURISDICTION**