JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 21-02032-DOC-(ADSx)　　　　　　Date: October 11, 2022

Title:　Edward Chen v. YK Law LLP., et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Edward C. Chen, Pro Per | Vahe Khojayan |

**PROCEEDINGS:** SCHEDULING CONFERENCE
MOTION TO COMPEL ARBITRATION [12]
MOTION TO DISMISS CASE [13]
MOTION TO DISMISS CASE [14]
MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT AMENDED COMPLAINT/PETITION [15]

The case is called. The Court and counsel confer.

The Court DISMISSES the case with prejudice and instructs counsel to file in Superior Court.

All pending hearings are hereby VACATED and removed from calendar.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　04
　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu